IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JONATHAN WALKER
and TABITHA WALKER                                              PLAINTIFFS

v.                          No. 3:22-cv-45-DPM

MARTIN TRANSPORTATION
SYSTEMS INC. and LINDA
RIGGS, as Administrator of the
Estate of Jeffery Riggs, Deceased                               DEFENDANTS

## JUDGMENT

The Walkers' complaint is dismissed with prejudice. The Court retains jurisdiction until 7 August 2023 to enforce the parties' settlement.

_____
D.P. Marshall Jr.
United States District Judge

8 June 2023